No. 92–948. PHELPS *v.* CARLSON, WARDEN, ET AL. C. A. 8th Cir. Certiorari denied. JUSTICE BLACKMUN took no part in the consideration or decision of this petition.

No. 92–5850. MAHARAJ *v.* FLORIDA. Sup. Ct. Fla. Certiorari denied. JUSTICE BLACKMUN would grant certiorari limited to Question 3 presented by the petition.

No. 92–5862. FAULKENBERRY *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. JUSTICE WHITE and JUSTICE O'CONNOR would grant certiorari.